AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)

RECEIVED
IN MONROE, LA
MAY 8 - 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
ROSSIE ROLANE MACK
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 3:02CR30036-01

USM Number: 91998-080

MICHAEL COURTEAU
Defendant's Attorney

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) _ of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**     **Nature of Violation**     **Violation Ended**

See next page.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT
DATE: 5-8-06
BY: [signature]
TO: USM(3)
USPO(3)
USM-MonL()

May 5, 2006
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

ROBERT G. JAMES, United States District Judge
Name & Title of Judicial Officer

May 8, 2006
Date

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to answer truthfully all inquiries by the U. S. Probation Officer | |
| Two | Failure to follow the instructions of the U. S. Probation Officer | |
| Three | Failure to submit her 2004 Federal Income Tax Return | |
| Four | Failure to work regularly at a lawful occupation since February 2005 | |
| Five | Failure to report as directed by the U. S. Probation Officer | |
| Six | Failure to submit a truthful and complete written report | |
| Seven | Denied having a bank account when in fact, it was opened on 10/6/2004 | |

DEFENDANT:     ROSSIE ROLANE MACK                              Judgment - Page 3 of 3
CASE NUMBER:

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 Months.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✓]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:
     [ ] at ___ [ ] a.m.  [ ] p.m.  on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before 2 p.m. on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

     Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                _____
                                                UNITED STATES MARSHAL

                                                By _____
                                                DEPUTY UNITED STATES MARSHAL